# Court of Appeals
# of the State of Georgia

ATLANTA, _July 01, 2025_

*The Court of Appeals hereby passes the following order:*

## A25A1793. CERIUM URGENT CARE, LLC v. GASM, LLC.

Cerium Urgent Care filed a notice of appeal in this action, and the appeal was docketed May 13, 2025. As set forth in Court of Appeals Rule 23 (a), an appellant must file a brief within 20 days after the appeal is docketed. Therefore, Cerium's brief was due no later than June 2, 2025. At 11:28 p.m. on June 2, 2025, Cerium requested an extension of time in which to file its brief, which this Court granted to June 23, 2025. That date has passed, and Cerium has neither filed an appellate brief nor requested another extension of time. Accordingly, this appeal is DISMISSED for failure to file a brief. See Court of Appeals Rule 23 (a). As a result, GASM's "Motion to Dismiss Portions of Appeals" is DENIED as MOOT as to this appeal.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,_07/01/2025_____*

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____, Clerk.